854

No. 103, Misc. LAZZARA v. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 105, Misc. MATTHEWS v. DAY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 108, Misc. FARRAR v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Woodrow Seals* for petitioner.

No. 109, Misc. BRABSON v. NEW YORK. Court of General Sessions, New York County, New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 112, Misc. VAUGHAN v. FIRST NATIONAL BANK OF GREENVILLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 117, Misc. EVANS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 118, Misc. KEITHLEY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 143, Misc. MITCHELL v. NEBRASKA. Supreme Court of Nebraska. Certiorari denied.

No. 340, Misc., October Term, 1954. BOZELL v. LINDSAY ET AL., 348 U. S. 973. Motion for leave to file petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application.